AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

__  **EASTERN**  __  **DISTRICT OF**  __  **TENNESSE**  __

BILLY T. SMITH, JR.,                    JUDGMENT IN A CIVIL CASE

             V.

MICHAEL J. ASTRUE,                   CASE NUMBER: 3:08-cv-432
Commissioner of Social Security

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that this Court hereby enters a judgment under sentence four of 42

       U.S.C. § 405(g) reversing the Commissioner's decision and remanding the cause to the Commissioner.

      July 9, 2009                                          Patricia L. McNutt, Clerk
Date

                                                                    By    s/ A. Brush
                                                                    Deputy Clerk